UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOLUX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLIED MATERIALS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-CV-01777-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The initial case management statement, currently scheduled for August 26, 2015 at 2 p.m., is hereby CONTINUED to September 9, 2015 at 2 p.m. Pursuant to Civil Local Rule 16-9(a), the parties shall file a joint case management statement by September 2, 2015.

**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01777-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE